IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **13-cv-02263-AP**

**In re: JEFFREY DREW LAVENHAR**

Debtor.

**FIRST AMERICAN TITLE INSURANCE COMPANY,**

Plaintiff/Appellee,

v.

**JEFFREY DREW LAVENHAR,**

Defendant/Appellant.

**ORDER**

Kane, J.

This matter is before the court on Appellee's Motion to Dismiss Appeal or Alternately to Deny Leave to Appeal, filed September 20, 2013.  In light of Appellant's failure to respond, and the Motion appearing well-founded on its face, Debtor's Notice of Appeal is treated as a Motion for Leave to File Interlocutory Appeal and is DENIED.  Appellee's Motion to Dismiss Appeal is denied as moot.

Dated this 4th day of November, 2013.

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court