## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-02263-AP

In re: JEFFREY DREW LAVENHAR

     Debtor.

FIRST AMERICAN TITLE INSURANCE COMPANY,

     Plaintiff/Appellee,

v.

JEFFREY DREW LAVENHAR,

     Defendant/Appellant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Doc. #9] of Judge John L. Kane entered on November 4, 2013 it is

ORDERED that Debtor's Notice of Appeal is treated as a Motion for Leave to File Interlocutory Appeal and is DENIED.  Judgment is entered accordingly and this matter is closed.

Dated at Denver, Colorado this 8th day of November, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler

Edward P. Butler, Deputy Clerk